JUDGE ROBINSON

**06 CV 13565**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERNATIONAL BUSINESS
MACHINES CORPORATION,

           Plaintiff,

-against-

PLATFORM SOLUTIONS,
INCORPORATED,

           Defendant.

Index No. _____

**RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF INTERNATIONAL BUSINESS MACHINES CORPORATION**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff International Business Machines Corporation (a private non-governmental party) certifies that Plaintiff has no parent corporation and that no publicly held corporation owns ten percent or more of its stock.

Dated: November 29, 2006

           QUINN EMANUEL URQUHART
            OLIVER & HEDGES, LLP

           By _____
           Richard I. Werder, Jr. (RW-5601)
           Quinn Emanuel Urquhart Oliver & Hedges, LLP
           51 Madison Avenue, 22nd Floor
           New York, New York 10010
           (212) 849-7000

           Attorney for Plaintiff
           International Business Machines Corporation