IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br>            Plaintiff,<br><br>vs.<br><br>PLATFORM SOLUTIONS, INC.,<br><br>            Defendant. | Civil Action No. 06 cv 13565<br>Judge:  The Hon. Stephen C. Robinson<br><br>**ORDER** |

**ORDER**

Based on the foregoing stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the deadline for Defendant to respond to the Complaint is extended until January 19, 2007.

IT IS SO ORDERED.

Dated: Jan 4, 2007

White Plains, NY

_____
Hon. Stephen Robinson
United States District Judge