IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>PLATFORM SOLUTIONS, INC.,<br><br>    Defendant/Counterclaimant. | Civil Action No. 06-cv-13565-SCR<br><br>**RULES 7.1 DISCLOSURE STATEMENT OF DEFENDANT/COUNTERCLAIMANT PLATFORM SOLUTIONS, INC.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant/Counterclaimant Platform Solutions, Inc. (a private non-governmental party) certifies that (a) Defendant/Counterclaimant has no parent company, and (b) the following publicly-held corporation owns ten percent or more of its stock: Goldman Sachs & Co.

                                  By: /s/ James Southwick
                                        James Southwick (JS-4264)
                                        SUSMAN GODFREY L.L.P.
                                        590 Madison Ave., 8th Flr.
                                        New York, NY 10022
                                        (212) 336-8330

                                        Attorney for Defendant/Counterclaimant
                                        Platform Solutions, Inc.