IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORAITON,<br>　　　　　　　Plaintiff,<br><br>vs.<br><br>PLATFORM SOLUTIONS, INC.,<br><br>　　　　　　　Defendant. | Civil Action No. 06 cv 13565<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

　　　　Upon the motion of David C. Marcus attorney for defendant Platform Solutions, Inc. and said sponsor attorney's affidavit in support;

　　**IT IS HEREBY ORDERED** that

　　　　　　Stephen E. Morrissey
　　　　　　Susman Godfrey L.L.P.
　　　　　　1901 Avenue of the Stars, Suite 950
　　　　　　Los Angeles, CA 90067
　　　　　　Telephone: (310) 789-3100
　　　　　　Facsimile: (310) 789-3150
　　　　　　Email Address: smorrissey@susmangodfrey.com

is admitted to practice pro hac vice as counsel for defendant Platform Solutions, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If the action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: January 19, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　Stephen C Robinson
　　　　　　　　　　　　　　　　　　　　　　　　　　─────────────────────────
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District/Magistrate Judge

727595v1/009947