IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>          Plaintiff,<br><br>    -vs.-<br><br>PLATFORM SOLUTIONS, INC.,<br><br>          Defendant. | Civil Action No. 06-CV-13565 (SCR)<br><br>STIPULATION AND ORDER TO EXTEND THE TIME TO RESPOND TO DEFENDANT/COUNTERCLAIM-PLAINTIFF'S COUNTERCLAIMS |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel, that Plaintiff/Counterclaim-Defendant International Business Machines Corporation shall have up to and including March 8, 2007 to answer, move or otherwise respond to the counterclaims in the above-captioned action.

Dated: New York, New York
February 2, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: *Richard Werder*
Richard I. Werder, Jr. (RW-5601)
Edward J. De Franco (ED-6524)
David L. Elsberg (DE-9215)
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849-7000

Frederick A. Lorig
865 S. Figueroa Street
Los Angeles, CA 90017
(213) 443-3000

*Attorneys for Plaintiff/Counterclaim-Defendant International Business Machines Corporation*

SO ORDERED:

*Stephen C. Robinson*
Honorable Stephen C. Robinson
U.S.D.J.

dated: 2/6/07

SUSMAN & GODFREY L.L.P.

*Stephen Morissey*
James Southwick (JS-4264)
Stephen D. Susman (SS-8591)
Tibor L. Nagy (TN-9569)
590 Madison Avenue, 8th Floor
New York, New York 10022
(212) 336-8330

Stephen E. Morissey (SM-2952)
Ryan Kirkpatrick (RK-2281)
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
(310) 789-3100

*Attorneys for Defendant/Counterclaim-Plaintiff Platform Solutions, Inc.*