AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

International Business Machines
v.
Platform Solutions, Incorporated

APPEARANCE

Case Number: 7:06-cv-13565-SCR

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant/Counter Claimant, Platform Solutions, Incorporated

I certify that I am admitted to practice in this court.

February 12, 2007
Date

Signature

Tibor L. Nagy          TN1978
Print Name             Bar Number

590 Madison Avenue, 8th Floor
Address

New York        NY        10022
City            State     Zip Code

(212) 336-8332
Phone Number                    Fax Number