UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
INTERNATIONAL BUSINESS MACHINES :
CORPORATION, :
: 
: **No. 06 Civ. 13565 (SCR)**
Plaintiff, :
v. :
: **NOTICE OF APPEARANCE**
PLATFORM SOLUTIONS, INC., :
:
:
Defendant. x
----------------------------------------------------------

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Plaintiff, International Business Machines Corporation.  I certify that I am admitted to practice in this court.

Dated: New York, NY
       February 16, 2007

                              /s/  Alexander C. B. Barnard
                              Alexander C. B. Barnard (AB 3181)
                              QUINN EMANUEL URQUHART OLIVER
                                  & HEDGES, LLP
                              51 Madison Avenue, 22nd Floor
                              New York, New York 10017
                              Tel.:  (212) 849-7000
                              Fax:  (212) 849-7100