**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

INTERNATIONAL BUSINESS MACHINES
CORPORATION,

               Plaintiff,

v.

PLATFORM SOLUTIONS, INC.,

               Defendant.

**No. 06 Civ. 13565 (SCR)**

**NOTICE OF APPEARANCE**

To The Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for Defendant, Platform Solutions, Inc.  I

certify that I am admitted to practice in this court.

Date:  New York, NY
       March 21, 2007

                       /s/ Stephen D. Susman
                       Stephen D. Susman (SS8591)
                       SUSMAN GODFREY L.L.P.
                       590 Madison Ave. 8th Floor
                       New York, NY  10022
                       Tel:  (212) 336-8331
                       Fax: (212) 336-8340

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document NOTICE OF APPEARANCE has been served on this 21st day of March, 2007, via first class mail to:

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Alexander C.B. Barnard
51 Madison Avenue, 22nd Floor
New York, New York 10017
Telephone:  (212) 849-7000
Attorneys for Plaintiff
International Business Machines Corporation

                                    ___/s/ Stephen D. Susman
                                    Stephen D. Susman