UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
INTERNATIONAL BUSINESS MACHINES
CORPORATION,

                Plaintiff,

     v.

PLATFORM SOLUTIONS, INC.,

                Defendant.
------------------------------------------------------------- x

No. 06 Civ. 13565 (SCR)

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Plaintiff, International Business Machines Corporation. I certify that I am admitted to practice in this court.

Dated: White Plains, NY
       July 10, 2007

                                        /s/   Howard S. Weber
                                        Howard S. Weber
                                        HOGAN & HARTSON LLP
                                        44 South Broadway
                                        White Plains, New York 10601
                                        Tel.: (212) 918-3505
                                        Fax: (212) 918-8400
                                        Email: hsweber@hhlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
INTERNATIONAL BUSINESS MACHINES
CORPORATION,                                          06 CIV 13565 (SCR)
        Plaintiff,

    v.                                            <u>AFFIDAVIT OF SERVICE</u>

PLATFORM SOLUTIONS, INC.,

        Defendant.
-----------------------------------------------------------x
STATE OF NEW YORK  )
        : ss:
COUNTY OF NEW YORK )

       Marie Ferrara, being duly sworn, deposes and says that she resides in the State of New Jersey, is employed by the firm Hogan & Hartson LLP, is over the age of eighteen years and is not a party to this action

       On the 10th day of July, 2007, deponent served true copies of the NOTICE OF APPEARANCE OF HOWARD S. WEBER upon:

                Susman Godfrey L.L.P.
                James Southwick
                654 Madison Avenue, 5th Floor
                New York, NY 10021

                Susman Godfrey L.L.P.
                Stephen Morrissey
                1901 Avenue of the Stars, Suite 950
                Los Angeles, California 90067

                Quinn Emanuel Urquhart Oliver & Hedges, LLP
                Richard I. Werder
                51 Madison Avenue, 22nd Floor
                New York, NY 10017

      By depositing true copies of the same enclosed in a postpaid properly addressed wrapper, by certified mail, return receipt requested, in an official

depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

*[signature: Marie Ferrara]*

MARIE FERRARA

Sworn to before me this
10th day of July, 2007

*[signature: Lillian A. Martinez]*

Notary Public

LILLIAN A. MARTINEZ
Notary Public, State of New York
No. 01MA6090500
Qualified in Westchester County
Commission Expires May 19, 2007/11

\\\NY - 027627/000006 - 1038711 v1