UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
INTERNATIONAL BUSINESS MACHINES
CORPORATION,

           Plaintiff,

    v.

PLATFORM SOLUTIONS, INC.,

           Defendant.
------------------------------------------------------------x

No. 06 Civ. 13565 (SCR)

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant, Platform Solutions, Inc. I certify that I am admitted to practice in this court.

Dated: New York, New York
       August 23, 2007

                                               /s/ Jacob W. Buchdahl
                                               Jacob W. Buchdahl
                                               SUSMAN GODFREY L.L.P.
                                               654 Madison Avenue
                                               New York, New York 10065
                                               Tel.: (212) 336-8330
                                               Fax: (212) 336-8340
                                               Email: jbuchdahl@susmangodfrey.com

772629v1/08384-009947