UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORP., <br><br> Plaintiff, <br><br> -vs.- <br><br> PLATFORM SOLUTIONS, INC., <br><br> Defendant. | 06 Civ. 13565 (SCR) <br><br> **STIPULATION** |

Plaintiff International Business Machines Corporation ("IBM") and Defendant Platform Solutions, Inc. ("PSI"), by and through counsel, hereby stipulate that the time for defendant PSI to respond to the Amended Complaint in this action be and hereby is extended from August 31, 2007, to and including September 21, 2007.

Dated: August 29, 2007
New York, New York

_Richard I. Werder, Jr._ /JWB
Richard I. Werder, Jr.
QUINN EMANUEL URQUHART OLIVER
 & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
(212) 849-7000
Attorneys for Plaintiff

**SO ORDERED**
_Stephen C. Robinson_
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
9/13/07

_Jacob W. Buchdahl_
Jacob W. Buchdahl
SUSMAN GODFREY L.L.P.
590 Madison Avenue, 8th Floor
New York, New York  10022
(212) 336-8330
Attorneys for Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: