UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>                         Plaintiff<br><br>       v.<br><br>PLATFORM SOLUTIONS, INC.,<br><br>                         Defendant | No. 06 Civ. 13565 (CLB)<br>ECF CASE<br><br><br>NOTICE OF APPEARANCE |

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for Plaintiff, International Business Machines Corporation.  I certify that I am admitted to practice in this Court.


Dated: New York, NY
       September 19, 2007

                                          /s/  Richard W. Erwine
                                          Richard W. Erwine
                                          QUINN EMANUEL URQUHART OLIVER
                                          & HEDGES LLP
                                          51 Madison Avenue
                                          New York, NY 10010
                                          Tel.: (212) 849-7135
                                          Fax: (212) 849-7100
                                          Email: richarderwine@quinnemanuel.com