UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
INTERNATIONAL BUSINESS MACHINES
CORPORATION,

                    Plaintiff(s),

            -against-

PLATFORM SOLUTIONS, INC.,

                  Defendant(s).
----------------------------------------------------------X

**SCHEDULING ORDER**

06 Cv. 13565 (CLB) (MDF)

Brieant, J.

      The above entitled case having been reassigned, a status conference of counsel be held in Courtroom 218, U.S. Courthouse, 300 Quarropas Street, White Plains, New York on October 2, 2007 at 9:15 A.M.

SO ORDERED.

Dated: White Plains, New York
       October 19, 2007

                                                            *Charles L. Brieant*
                                                  Charles L. Brieant, U.S.D.J.