UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Plaintiff<br>v.<br><br>PLATFORM SOLUTIONS, INC.,<br><br>Defendant | No. 06-cv-13565 (CLB)<br>ECF CASE<br><br>NOTICE OF APPEARANCE |

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Plaintiff, International Business Machines Corporation.  I certify I am admitted to practice in this Court.

Dated: New York, NY
        September 27, 2007

                                        /s/ Thomas D. Pease
                                        Thomas D. Pease
                                        QUINN EMANUEL URQUHART OLIVER
                                        & HEDGES, LLP
                                        51 Madison Avenue, 22nd Floor
                                        New York, NY 10010
                                        Tel:  (212) 849-7223
                                        Fax:  (212) 849-7100
                                        Email:  thomaspease@quinnemanuel.com

20199/2234895.1