UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>                    Plaintiff<br>         v.<br><br>PLATFORM SOLUTIONS, INC.,<br><br>                    Defendant | No. 06-cv-13565 (CLB)<br>ECF CASE<br><br>NOTICE OF APPEARANCE |

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Plaintiff, International Business Machines Corporation.  I certify I am admitted to practice in this Court.

Dated: New York, NY
       September 27, 2007

                                 /s/ Katherine J. Weall
                                 Katherine J. Weall
                                 QUINN EMANUEL URQUHART OLIVER
                                 & HEDGES, LLP
                                 51 Madison Avenue, 22nd Floor
                                 New York, NY 10010
                                 Tel:  (212) 849-7197
                                 Fax:  (212) 849-7100
                                 Email:  katherineweall@quinnemanuel.com