UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERNATIONAL BUSINESS MACHINES
CORPORATION,
                Plaintiff,

-against-

PLATFORM SOLUTIONS, INC.,

                Defendant

06-cv-13565 (CLB)
ECF CASE

## NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Katherine J. Weall.

o **Attorney**

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: KW-7389

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

o **Law Firm/Government Agency Association**

    From: Simpson Thatcher & Bartlett LLP

    To:    Quinn Emanuel Urquhart Oliver & Hedges LLP

    ☒ I will Continue to be counsel of record on the above-entitled case at my new firm/agency

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

o **Address:**    51 Madison Avenue, 22nd Floor, New York, NY 10010

o **Telephone Number:**  (212) 849-7197

o **Fax Number:**  (212) 849-7100

o **Email Address:**  katherineweall@quinnemanuel.com

Dated: 9/28/07