UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
INTERNATIONAL BUSINESS MACHINES      :
CORPORATION,                          :     **No. 06 Civ. 13565 (CLB) (MDF)**
                                      :     **ECF CASE**
                Plaintiff,            :
                                      :     **NOTICE OF APPEARANCE**
        v.                            :
                                      :
PLATFORM SOLUTIONS, INC.,             :
                                      :
                Defendant.            :
------------------------------------- x

To the Clerk of this court and all parties of record:

   Enter my appearance as co-counsel in this case for Plaintiff, International Business Machines Corporation. I certify that I am admitted to practice in this court.

   In addition, please remove Howard S. Weber from the list of counsel of record in this case. Unfortunately, Mr. Weber passed away in October.


Dated: New York, NY
       November 27, 2007

                                    /s/ Steven M. Edwards (SE 2773)
                                    Steven M. Edwards
                                    HOGAN & HARTSON LLP
                                    875 Third Avenue
                                    New York, New York, 10022
                                    Tel.: (212) 918-3506
                                    Fax: (212) 918-3100
                                    Email: smedwards@hhlaw.com

\\\NY - 081400/000001 - 1064229 v1

## Certificate of Service

The undersigned certifies that copies of the foregoing NOTICE OF APPEARANCE was caused to be served this 27$^h$ day of November, 2007 upon the following counsel of record in the manner indicated.

### BY ELECTRONIC MAIL

Stephen Edward Morrissey
Ryan Kirkpatrick
Susman Godfrey LLP
1901 Avenue of The Stars, Ste 950
Los Angeles, CA  90067
smorrissey@susmangodfrey.com
rkirkpatrick@susmangodfrey.com

Stephen D. Susman
Tibor L. Nagy
Jacob Buchdahl
Susman Godfrey LLP
590 Madison Ave.
New York, NY  10022
ssusman@susmangodfrey.com
tangy@susmangodfrey.com
jbuchdahl@susmangodfrey.com

Richard I. Werder, Jr.
Edward J. DeFranco
Philippe Selendy
David L. Elsberg
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue
22nd Floor
New York, NY  10010-1601
rickwerder@quinnemanuel.com
eddefranco@quinnemanuel.com
philippeselendy@quinnemanuel.com
davidelsberg@quinnemanuel.com

Dated: November 27, 2007                                __s/_____
                                                        Steven M. Edwards