## SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
Suite 5100
1000 LOUISIANA
HOUSTON, TEXAS 77002-5096
(713) 651-9366
FAX (713) 654-6666
WWW.SUSMANGODFREY.COM

| Suite 5100 | Suite 950 | Suite 3800 | 5TH FLOOR |
|---|---|---|---|
| 901 Main Street | 1901 Avenue of the Stars | 1201 Third Avenue | 654 Madison Avenue |
| Dallas, Texas 75202-3775 | Los Angeles, California 90067-6029 | Seattle, Washington 98101-3000 | New York, New York 10065 |
| (214) 754-1900 | (310) 789-3100 | (206) 516-3880 | (212) 336-8330 |

Stephen D. Susman
Direct Dial (713) 653-7801

Direct Dial Fax (713) 654-6670
E-Mail SSUSMAN@susmangodfrey.com

November 28, 2007

Mr. Richard I. Werder, Jr.
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

Re:   Civil Action No. 06 cv 13565, *International Business Machines Corp. v. Platform Solutions, Inc.*, In the United States District Court for the Southern District of New York

Dear Mr. Werder:

We were just notified by the Court that the status conference set for December 10 has been postponed to February 1, 2008 at 11 a.m.

Sincerely,

Stephen D. Susman

c:   Ms. Alice Cama (*By Fax—(914) 390-4085*)

All Counsel of Record (*By E-mail*)

806987v1/009947

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____