IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>PLATFORM SOLUTIONS, INCORPORATED,<br><br>    Defendant and Counterclaim-Plaintiff. | No. 06-cv-13565 (CLB)(MDF)<br><br>NOTICE OF APPEARANCE |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel in this case for Intervenor, T3 Technologies, Inc. I certify that I am admitted to practice in this court.

Dated: December 5, 2007
       New York, NY

                              Bruce E. Gerstein (BG-2726)
                              **GARWIN GERSTEIN & FISHER LLP**
                              1501 Broadway, Suite 1416
                              New York, New York 10036
                              Tel.: 212-398-0055
                              Fax: 212-764-6620
                              bgerstein@garwingerstein.com

# CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2007, I electronically filed the foregoing Notice of Appearance of Bruce E. Gerstein, using the CM/ECF system, which sent notification of such filing to the following:

Alexander Corbin burr Barnard - alexander.barnard@credit-suisse.com
Jacob W Buchdahl - jbuchdahl@susmangodfrey.com
Steven M. Edwards - smedwards@hhlaw.com,mferrara@hhlaw.com
Richard Walter Erwine - richarderwine@quinnemanuel.com
Ryan Christopher Kirkpatrick -rkirkpatrick@susmangodfrey.com
Stephen Edward Morrissey - smorrissey@susmangodfrey.com
Tibor Ludovico Nagy , Jr - tnagy@susmangodfrey.com
Thomas David Pease - thomaspease@quinnemanuel.com
Morris Waisbrot - mwaisbrot@hhlaw.com
Katherine Jane Weall - katherineweall@quinnemanuel.com

and to the following person via electronic mail:

Richard I. Werder - rickwerder@quinnemanuel.com

Susan Roth
Paralegal