**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **INTERNATIONAL BUSINESS MACHINES CORPORATION,**<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>**PLATFORM SOLUTIONS, INCORPORATED**,<br><br>    Defendant and Counterclaim-Plaintiff. | No. 06-cv-13565 (CLB)(MDF)<br><br>NOTICE OF APPEARANCE |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD**:

Please enter my appearance as counsel in this case for Intervenor, T3 Technologies, Inc.  I certify that I am admitted to practice in this court.


Dated: December 5, 2007                    __/**s**/ *Noah Silverman* _____
       New York, NY                           Noah Silverman (NS-5728)
                                                     **GARWIN GERSTEIN & FISHER LLP**
                                                     1501 Broadway, Suite 1416
                                                     New York, New York 10036
                                                     Tel.: 212-398-0055
                                                     Fax: 212-764-6620
                                                     nsilverman@garwingerstein.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2007, I electronically filed the foregoing Notice of Appearance of Noah Silverman, using the CM/ECF system, which sent notification of such filing to the following:

Alexander Corbin burr Barnard - alexander.barnard@credit-suisse.com
Jacob W Buchdahl - jbuchdahl@susmangodfrey.com
Steven M. Edwards - smedwards@hhlaw.com,mferrara@hhlaw.com
Richard Walter Erwine - richarderwine@quinnemanuel.com
Ryan Christopher Kirkpatrick -rkirkpatrick@susmangodfrey.com
Stephen Edward Morrissey - smorrissey@susmangodfrey.com
Tibor Ludovico Nagy , Jr - tnagy@susmangodfrey.com
Thomas David Pease - thomaspease@quinnemanuel.com
Morris Waisbrot - mwaisbrot@hhlaw.com
Katherine Jane Weall - katherineweall@quinnemanuel.com

and to the following person via electronic mail:

Richard I. Werder - rickwerder@quinnemanuel.com

*Susan C Roth*
Susan Roth
Paralegal

|  |  |
|---|---|
|  | *Defendant, International Business Machines Corporation* |
| Stephen Edward Morrissey<br>Ryan C. Kirkpatrick<br>**SUSMAN GODFREY LLP**<br>1901 Avenue of the Stars<br>Suite 950<br>Los Angeles, California 90067<br>smorrissey@susmangodfrey.com<br>rkirkpatrick@susmangodfrey.com<br><br>Jacob W. Buchdahl<br>Tibor Ludovico Nagy<br>**SUSMAN GODFREY LLP**<br>654 Madison Avenue<br>5th Floor<br>New York, NY 10065<br>jbuchdahl@susmangodfrey.com<br>tnagy@susmangodfrey.com | Stephen D. Susman<br>**SUSMAN GODFREY LLP**<br>1000 Louisiana Street<br>Suite 5100<br>Houston, TX 77002<br>ssusman@susmangodfrey.com<br><br><br><br>*Attorneys for Defendant and Counterclaim-Plaintiff, Platform Solutions, Incorporated* |

Dated: December 5, 2007                          _____/s/_____
                                                                            Susan Roth