IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>PLATFORM SOLUTIONS, INCORPORATED,<br><br>Defendant and Counterclaim-Plaintiff. | No. 06-cv-13565 (CLB)(MDF)<br><br>MOTION TO ADMIT COUNSEL<br>*PRO HAC VICE* |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Eastern and Southern Districts of New York, I, Elena K. Chan, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> David L. Patrón
> PHELPS DUNBAR LLP
> 365 Canal Street, Suite 2000
> New Orleans, Louisiana 70130
> Telephone: (504) 584-9295
> Facsimile: (504) 568-9130
> Email: patrond@phelps.com

1.  David L. Patrón is a member in good standing of the Bar of the State of Louisiana.

2. There are no pending disciplinary proceedings against David L. Patrón in any State or Federal court.

Dated: December 14, 2007

New York, NY

Respectfully submitted,

*[signature]*

Bruce E. Gerstein (BG-2726)
Noah Silverman (NS-5728)
Elena K. Chan (EC-2337)
**GARWIN GERSTEIN & FISHER LLP**
1501 Broadway, Suite 1416
New York, New York 10036
Tel.: 212-398-0055
Fax: 212-764-6620

*Attorneys for Intervenor, T3 Technologies Inc.*

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

**DAVID LEE PATRON, ESQ., #22566**

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 8th Day of October, 1993 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 14th Day of November, 2007, A.D.

_____
Clerk of Court
Supreme Court of Louisiana

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>    v.<br><br>PLATFORM SOLUTIONS, INCORPORATED,<br><br>    Defendant and Counterclaim-Plaintiff. | No. 06-cv-13565 (CLB)(MDF)<br><br>AFFIDAVIT OF ELENA K. CHAN IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

State of New York  )
                         ) ss:
County of New York  )

Elena K. Chan, being duly sworn, hereby deposes and says as follows:

1.    I am an associate at Garwin Gerstein & Fisher LLP, counsel for Intervenor, T3 Technologies, Inc., in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Intervenor's motion to admit David L. Patrón as counsel *pro hac vice* to represent Intervenor, T3 Technologies, Inc., in this matter.

2.    I am a member in good standing of the New York and New Jersey state bars, and was admitted to practice law in these jurisdictions on July 27, 2005 and December 7, 2004, respectively. I am also admitted to the United State District Courts for the Southern and Eastern Districts of New York, and the District of New Jersey, and am in good standing with these Courts.

3. I have known David L. Patrón since 2007.

4. David L. Patrón is a partner at Phelps Dunbar LLP in New Orleans, Louisiana.

5. I have found David L. Patrón to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move this Court to admit David L. Patrón, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of David L. Patrón, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit David L. Patrón, *pro hac vice*, to represent Interventor, T3 Technologies, Inc. in the above-captioned matter, be granted.

Dated: December 14, 2007

New York, NY

Respectfully submitted,

_____
Bruce E. Gerstein (BG-2726)
Noah Silverman (NS-5728)
Elena K. Chan (EC-2337)
**GARWIN GERSTEIN & FISHER LLP**
1501 Broadway, Suite 1416
New York, New York 10036
Tel.: 212-398-0055
Fax: 212-764-6620

*Attorneys for Intervenor, T3 Technologies Inc.*

Sworn to before me this
14th day of December, 2007

_____

JANET SEIDMAN
Notary Public State Of New York
No. 24-4705123
Qualified in Kings County
Commission Expires January 31, 20 /0