IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | No. 06-cv-13565 (CLB)(MDF) |
| Plaintiff and Counterclaim-Defendant, | MOTION TO ADMIT COUNSEL *PRO HAC VICE* |
| v. |  |
| PLATFORM SOLUTIONS, INCORPORATED, |  |
| Defendant and Counterclaim-Plaintiff. |  |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Eastern and Southern Districts of New York, I, Elena K. Chan, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

>Harry M. Barton
>PHELPS DUNBAR LLP
>365 Canal Street, Suite 2000
>New Orleans, Louisiana 70130
>Telephone: (504) 584-9295
>Facsimile: (504) 568-9130
>Email: Harry.Barton@phelps.com

1. Harry M. Barton is a member in good standing of the Bar of the State of Louisiana.

2. There are no pending disciplinary proceedings against Harry M. Barton in any State or Federal court.

Dated: December 14, 2007  
New York, NY

Respectfully submitted,

*[signature]*

Bruce E. Gerstein (BG-2726)  
Noah Silverman (NS-5728)  
Elena K. Chan (EC-2337)  
**GARWIN GERSTEIN & FISHER LLP**  
1501 Broadway, Suite 1416  
New York, New York 10036  
Tel.: 212-398-0055  
Fax: 212-764-6620

***Attorneys for Intervenor, T3 Technologies Inc.***

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

**HARRY BARTON, ESQ., #29751**

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 28th Day of October, 2005 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 4th Day of December, 2007, A.D.

_____
Clerk of Court
Supreme Court of Louisiana

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
INTERNATIONAL BUSINESS  :
MACHINES CORPORATION,   :   No. 06-cv-13565 (CLB)(MDF)
                        :
   Plaintiff and Counterclaim- :   AFFIDAVIT OF ELENA K.
   Defendant,           :   CHAN IN SUPPORT OF
                        :   MOTION TO ADMIT COUNSEL
        v.              :   *PRO HAC VICE*
                        :
PLATFORM SOLUTIONS,     :
INCORPORATED,           :
                        :
   Defendant and Counterclaim- :
   Plaintiff.           :
---------------------------------------x

State of New York  )
                   )  ss:
County of New York )

Elena K. Chan, being duly sworn, hereby deposes and says as follows:

1.  I am an associate at Garwin Gerstein & Fisher LLP, counsel for Intervenor, T3 Technologies, Inc., in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Intervenor's motion to admit Harry M. Barton as counsel *pro hac vice* to represent Intervenor, T3 Technologies, Inc., in this matter.

2.  I am a member in good standing of the New York and New Jersey state bars, and was admitted to practice law in these jurisdictions on July 27, 2005 and December 7, 2004, respectively. I am also admitted to the United State District Courts for the Southern and Eastern Districts of New York, and the District of New Jersey, and am in good standing with these Courts.

3. I have known Harry M. Barton since 2006.

4. Harry M. Barton is an associate at Phelps Dunbar LLP in New Orleans, Louisiana.

5. I have found Harry M. Barton to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move this Court to admit Harry M. Barton, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Harry M. Barton, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Harry M. Barton, *pro hac vice*, to represent Interventor, T3 Technologies, Inc. in the above-captioned matter, be granted.

Dated: December 14, 2007

New York, NY

Respectfully submitted,

_____
Bruce E. Gerstein (BG-2726)
Noah Silverman (NS-5728)
Elena K. Chan (EC-2337)
**GARWIN GERSTEIN & FISHER LLP**
1501 Broadway, Suite 1416
New York, New York 10036
Tel.: 212-398-0055
Fax: 212-764-6620

*Attorneys for Interventor, T3 Technologies Inc.*

Sworn to before me this
14th day of December, 2007

_____

JANET SEIDMAN
Notary Public State Of New York
No. 24-4705123
Qualified in Kings County
Commission Expires January 31, 20/2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | No. 06-cv-13565 (CLB)(MDF) |
| Plaintiff and Counterclaim-Defendant, | ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION |
| v. |  |
| PLATFORM SOLUTIONS, INCORPORATED, |  |
| Defendant and Counterclaim-Plaintiff. |  |

Upon the motion of Elena Chan, attorney for Intervenor, T3 Technologies, Inc. and said sponsor attorney's affidavit of support;

**IT IS HEREBY ORDERED** that

> Harry M. Barton
> PHELPS DUNBAR LLP
> 365 Canal Street, Suite 2000
> New Orleans, Louisiana 70130
> Telephone: (504) 584-9295
> Facsimile: (504) 568-9130
> Email: Harry.Barton@phelps.com

is admitted to practice *pro hac vice* as counsel for Intervenor, T3 Technologies, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. As this action is

assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
White Plains, NY

_____
United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I Elena K. Chan hereby certify that a copy of the foregoing Motion to Admit *Pro Hac Vice*, Affidavit, and Proposed Order via e-mail on December 14, 2007, to the following:

Richard I. Werder, Jr.
**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
51 Madison Avenue
22nd Floor
New York, New York 10010
rickwerder@quinnemanuel.com

David L. Elsberg
**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
51 Madison Avenue
22nd Floor
New York, New York 10010
davidelsberg@quinnemanuel.com

Alexander Barnard
**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
51 Madison Avenue
22nd Floor
New York, New York 10010
alexander.barnard@credit-suisse.com

Katherine Jane Weall
**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
51 Madison Avenue
22nd Floor
New York, New York 10010
katherineweall@quinnemanuel.com

Edward J. DeFranco
**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
51 Madison Avenue
22nd Floor
New York, New York 10010
eddefranco@quinnemanuel.com

Thomas D. Pease
**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
51 Madison Avenue
22nd Floor
New York, New York 10010
thomaspease@quinnemanuel.com

Richard Walter Erwine
**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
51 Madison Avenue
22nd Floor
New York, New York 10010
richarderwine@quinnemanuel.com

Morris Waisbrot
**HOGAN & HARTSON L.L.P.**
875 Third Avenue
New York, New York 10022
mwaisbrot@hhlaw.com

Frederick A. Lorig
**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
865 S. Figueroa Street
Los Angeles, California 90017
fredericklorig@quinnemanuel.com

*Attorneys for Plaintiff and Counterclaim Defendant, International Business Machines Corporation*

Stephen Edward Morrissey
Ryan C. Kirkpatrick
**SUSMAN GODFREY LLP**
1901 Avenue of the Stars
Suite 950
Los Angeles, California 90067
smorrissey@susmangodfrey.com
rkirkpatrick@susmangodfrey.com

Jacob W. Buchdahl
Tibor Ludovico Nagy
**SUSMAN GODFREY LLP**
654 Madison Avenue
5th Floor
New York, NY 10065
jbuchdahl@susmangodfrey.com
tnagy@susmangodfrey.com

Stephen D. Susman
**SUSMAN GODFREY LLP**
1000 Louisiana Street
Suite 5100
Houston, TX 77002
ssusman@susmangodfrey.com

*Attorneys for Defendant and Counterclaim-Plaintiff, Platform Solutions, Incorporated*

_____
Elena K. Chan