# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
5TH FLOOR
654 MADISON AVENUE
NEW YORK, NEW YORK 10065
WWW.SUSMANGODFREY.COM

| SUITE 5100 | SUITE 950 | SUITE 3800 | SUITE 5100 |
|---|---|---|---|
| 901 MAIN STREET | 1901 AVENUE OF THE STARS | 1201 THIRD AVENUE | 1000 LOUISIANA STREET |
| DALLAS, TEXAS 75202-3775 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 | HOUSTON, TEXAS 77002-5096 |
| (214) 754-1900 | (310) 789-3100 | (206) 516-3880 | (713) 651-9366 |

TIBOR L. NAGY
DIRECT DIAL (212) 336-8332

DIRECT DIAL FAX (212) 336-8340
E-MAIL TNagy@susmangodfrey.com

<u>Via E-mail</u>                                                                                               3 January 2008

Richard Erwine
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
richarderwine@quinnemanuel.com

    Re:    *IBM v. PSI*, Civil Action No. 06-CV-13565-CLB

Dear Richard:

Please be informed that the Court has scheduled a hearing on the discovery dispute raised in my 27 December 2007 letter. The hearing is set for 10:30am on 11 January 2008.

Best,

Tibor L. Nagy
*Attorney for PSI*

cc: Chambers