quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7106

WRITER'S INTERNET ADDRESS
eddefranco@quinnemanuel.com

January 10, 2008

**VIA FACSIMILE**

Hon. Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street, Room 275
White Plains, New York 10106-4150

      Re:    *International Business Machines v. Platform Solutions, Inc.*
             Civil Action No. 06-CV-13565

Dear Judge Brieant:

As counsel for International Business Machines, I write on behalf of both parties to inform Your Honor that the parties have reached an agreement as to how to resolve the discovery dispute raised in Platform Solutions, Inc.'s December 27, 2007 letter to the Court. Accordingly, at this time the Court need not address that issue and the hearing scheduled for 10:30 am on January 11, 2008 is no longer necessary.

Respectfully submitted,

Edward J. DeFranco

cc:     Stephen Susman, Esq. and Tibor Nagy, Esq., *Counsel for Platform Solutions, Inc.*

quinn emanuel urquhart oliver & hedges, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL (213) 443-3000 FAX (213) 443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL (650) 801-5000 FAX (650) 801-5100
TOKYO | Akasaka Twin Tower Main Bldg., 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712