*Brieant, J*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | x | |
| **INTERNATIONAL BUSINESS** | : | |
| **MACHINES CORPORATION,** | : | **No. 06-cv-13565 (CLB)(MDF)** |
| | : | |
| Plaintiff and Counterclaim- | : | **ORDER FOR ADMISSION** |
| Defendant, | : | ***PRO HAC VICE*** |
| | : | **ON WRITTEN MOTION** |
| v. | : | |
| | : | |
| **PLATFORM SOLUTIONS,** | : | |
| **INCORPORATED,** | : | |
| | : | |
| Defendant and Counterclaim- | : | |
| Plaintiff. | : | |
| | x | |

*Pd $25.00 fee*

*Rec 636152*

Upon the motion of Elena Chan, attorney for Intervenor, T3 Technologies, Inc.

and said sponsor attorney's affidavit of support;

**IT IS HEREBY ORDERED** that

> **Brent B. Barriere**
> **PHELPS DUNBAR LLP**
> **365 Canal Street, Suite 2000**
> **New Orleans, Louisiana 70130**
> **Telephone: (504) 584-9295**
> **Facsimile: (504) 568-9130**
> **Email: Brent.Barriere@phelps.com**

is admitted to practice *pro hac vice* as counsel for Intervenor, T3 Technologies, Inc. in

the above-captioned case in the United States District Court for the Southern District of

New York. All attorneys appearing before this Court are subject to the Local Rules of

this Court, including the Rules governing discipline of attorneys. As this action



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for

an ECF password at nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the

Clerk of Court.                                                    So ORDERED;

Dated: January 30, 2008
White Plains, NY

_____
United States District ~~Magistrate~~ Judge