Case 1:06-cv-13565-LAK   Document 56   Filed 01/30/2008   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
INTERNATIONAL BUSINESS
MACHINES CORPORATION,           :    No. 06-cv-13565 (CLB)(MDF)

    Plaintiff and Counterclaim-   :    ORDER FOR ADMISSION
    Defendant,                          *PRO HAC VICE*
                                   :    ON WRITTEN MOTION
    v.                             :

PLATFORM SOLUTIONS,             :
INCORPORATED,
                                   :
    Defendant and Counterclaim-   :
    Plaintiff.
---------------------------------x



Upon the motion of Elena Chan, attorney for Intervenor, T3 Technologies, Inc. and said sponsor attorney's affidavit of support;

**IT IS HEREBY ORDERED** that

      D. Skylar Rosenbloom
      **PHELPS DUNBAR LLP**
      365 Canal Street, Suite 2000
      New Orleans, Louisiana 70130
      Telephone: (504) 584-9295
      Facsimile: (504) 568-9130
      Email: Skylar.Rosenbloom@phelps.com

is admitted to practice *pro hac vice* as counsel for Intervenor, T3 Technologies, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. As this action is

assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court. SO ORDERED.

Dated: January 30, 2008
White Plains, NY

_____
Charles Brieant
United States District/~~Magistrate~~ Judge