IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
INTERNATIONAL BUSINESS
MACHINES CORPORATION,            :   No. 06-cv-13565 (CLB)(MDF)
                                 :
　　Plaintiff and Counterclaim-  :   ORDER FOR ADMISSION
　　Defendant,                   :   *PRO HAC VICE*
                                 :   ON WRITTEN MOTION
　　　　v.                       :
                                 :
PLATFORM SOLUTIONS,              :
INCORPORATED,                    :
                                 :
　　Defendant and Counterclaim-  :
　　Plaintiff.                   :
---------------------------------x

Upon the motion of Elena Chan, attorney for Intervenor, T3 Technologies, Inc. and said sponsor attorney's affidavit of support;

**IT IS HEREBY ORDERED** that

> David L. Patrón
> **PHELPS DUNBAR LLP**
> 365 Canal Street, Suite 2000
> New Orleans, Louisiana 70130
> Telephone: (504) 584-9295
> Facsimile: (504) 568-9130
> Email: patrond@phelps.com

is admitted to practice *pro hac vice* as counsel for Intervenor, T3 Technologies, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. As this action is

assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

SO ORDERED

Dated: January 30, 2008
White Plains, NY

_____
Charles Brieant
United States District/~~Magistrate~~ Judge