*Brieant, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INTERNATIONAL BUSINESS
MACHINES CORPORATION,

          Plaintiff and
          Counterclaim-Defendant,

    – against –

PLATFORM SOLUTIONS, INC.,

          Defendant and
          Counterclaim-Plaintiff,

    - and-

T3 TECHNOLOGIES, INC.

          Intervenor-Defendant and
          Counterclaim-Plaintiff
------------------------------------------------------------X

Case No.: 06 Civ. 13565 (CLB) (MDF)

Stipulation and Order to Extend

IT IS HEREBY stipulated and agreed by and between the attorneys for the parties that the time for Plaintiff/Counterclaim-Defendant International Business Machines Corporation to answer, move, or otherwise respond to the Counterclaims filed on January 30, 2008 by Intervenor/Defendant/Counterclaim-Plaintiff T3 Technologies, Inc., is extended to and including March 7, 2008.

PHELPS DUNBAR LLP

By: _____
      Brent Barriere

365 Canal Place, Suite 2000
New Orleans, LA 70130
(504) 566-1311

*Attorneys for T3*

February 22, 2008

HOGAN & HARTSON LLP

By: _____
      Eric J. Stock

875 Third Avenue
New York, NY 10022
(212) 918-3000

*Attorneys for IBM*

\\NY - 081416/000013 - 733669 v1

SO ORDERED:

_Clauen Brieant_
U.S.D.J.
DATED 2/25/08