**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

-------------------------------X
IBM

NOTICE OF REASSIGNMENT

     -V-

7:08 cv 13565(LAK)(THK)

Platform Solutions
-------------------------------X

    Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the WP calendar of

       JUDGE: Lewis A. Kaplan

    All future documents submitted in this action shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

J. Michael McMahon, CLERK

Dated:3/20/08

by: _____
            Deputy Clerk

CC:  Attorneys of Record

CASE REDESIGNATED TO: Theodore H. Katz

i:forms\assign\reass.wpd
WP REASSIGNMENT FORM

Revised: September 9, 2004