IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br>　　　　　Plaintiff,<br><br>vs.<br><br>PLATFORM SOLUTIONS, INC. and T3 TECHNOLOGIES, INC.<br><br>　　　　　Defendants | Civil Action No. 7:06 cv 13565 (LAK)(THK)<br><br>Judge Lewis A. Kaplan<br><br>MOTION TO ADMIT COUNSEL<br>PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Tibor L. Nagy, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

　　Clement S. Roberts
　　Keker & Van Nest LLP
　　710 Samsome Street
　　San Francisco, CA 94111
　　TEL: (415) 391-5400
　　FAX: (415) 397-7188

Clement S. Roberts is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceeding against Clement S. Roberts in any State or Federal court.

Dated: April 2, 2008
City, State: New York, New York

Respectfully Submitted,

_____
Tibor L. Nagy
SDNY Bar: tn9569
Susman Godfrey LLP
654 Madison Avenue, 5th Floor
New York, NY 10065
TEL: (212) 336-8330
FAX: (212) 336-8340

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document MOTION TO ADMIT COUNSEL PRO HAC VICE has been served on this 2nd day of April, 2008, via U.S. Postal Service upon:

Richard I. Werder, Jr.
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22 Floor
New York, NY 10017
TEL: (212) 849-7000

Attorneys for Plaintiff
International Business Machines corporation

David L. Patron
Attorney for T3 Technologies, Inc.
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
TEL: (504) 566-1311

Attorneys for Defendant
T3 Technologies, Inc.

_____
Tibor L. Nagy

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br>          Plaintiff,<br><br>vs.<br><br>PLATFORM SOLUTIONS, INC. and T3 TECHNOLOGIES, INC.<br><br>          Defendants | Civil Action No. 7:06 cv 13565 (LAK )(THK)<br><br>Judge Lewis A. Kaplan<br><br>AFFIDAVIT OF TIBOR L. NAGY<br>IN SUPPORT OF MOTION<br>TO ADMIT COUNSEL<br>PRO HAC VICE |

State of New York  )
                   )  ss:
County of New York )

Tibor L. Nagy, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Susman Godfrey LLP, counsel for Defendant, Platform Solutions, Inc., in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Clement S. Roberts as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I am well acquainted with applicant for admission, Clement S. Roberts.

4. Mr. Roberts is a partner at Keker & Van Nest LLP, in San Francisco, CA.

5. I have found Mr. Roberts to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Clement S. Roberts, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Clement S. Roberts, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Clement S. Roberts, pro hac vice, to represent Defendant, Platform Solutions, Inc., in the above captioned matter, be granted.

Dated: April 3, 2008
City, State: New York, New York

Notarized:

*Roberta Ann Leone*

ROBERTA ANN LEONE
Notary Public, State of New York
No. 24-4790044
Qualified in Kings County
Certificate Filed in New York County
Commission Expires June 30, 2011

Respectfully submitted,

_____
Tibor L. Nagy
SDNY Bar Code: XXXXXX



**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639     TELEPHONE: 888-800-3400

March 28, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar CLEMENT SETH ROBERTS, #209203 was admitted to the practice of law in this state by the Supreme Court of California on December 4, 2000; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>PLATFORM SOLUTIONS, INC. and T3 TECHNOLOGIES, INC.<br><br>　　　　　　Defendants | Civil Action No. 7:06 cv 13565 (LAK )(THK)<br><br>Judge Lewis A. Kaplan<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION |

Upon the motion of Tibor L. Nagy attorney for Defendant, Platform Solutions, Inc., and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

　　　Clement S. Roberts
　　　Keker & Van Nest LLP
　　　710 Samsome Street
　　　San Francisco, CA 94111
　　　TEL: (415) 391-5400
　　　FAX: (415) 397-7188
　　　Email: croberts@kvn.com

is admitted to practice pro hac vice as counsel for Platform Solutions, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District/Magistrate Judge