# MEMO ENDORSED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SCANNED

APR 09 2008

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PLATFORM SOLUTIONS, INC. and T3 TECHNOLOGIES, INC.<br><br>　　　　Defendants | Civil Action No. 1:06 cv 13565 (LAK)(THK)<br><br>Judge Lewis A. Kaplan<br><br>MOTION TO ADMIT COUNSEL PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Tibor L. Nagy, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Clement S. Roberts
Keker & Van Nest LLP
710 Samsome Street
San Francisco, CA 94111
TEL: (415) 391-5400
FAX: (415) 397-7188

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08

Clement S. Roberts is a member in good standing of the Bar of the State of California.

---

There are no pending disciplinary proceeding against Clement S. Roberts in any State or Federal court.

Dated: April 2, 2008
City, State: New York, New York

SO ORDERED

LEWIS A. KAPLAN, USDJ
4/14/08

Respectfully Submitted,

_____
Tibor L. Nagy
SDNY Bar: tn9569
Susman Godfrey LLP
654 Madison Avenue, 5th Floor
New York, NY 10065
TEL: (212) 336-8330
FAX: (212) 336-8340