## CERTIFICATE OF SERVICE

I, Andrew B. Curran, hereby certify that on April 21, 2008 I caused to be served the following documents via email to all counsel of record as indicated below.

**Plaintiff IBM's Opening Claim Construction Brief for the *Markman* Hearing**

**Declaration of Edward J. DeFranco in Support of Plaintiff IBM's Opening Claim Construction Brief for the *Markman* Hearing and Exhibits 13 - 46**

**Declaration of Dr. Mark Smotherman in Support of IBM's Opening Claim Construction Brief**

Richard I. Werder
rickwerder@quinnemanuel.com

Steven M. Edwards
smedwards@hhlaw.com

Howard Weber
hweber@hhlaw.com

Katherine Jane Weall
katherineweall@quinnemanuel.com

Morris Waisbrot
mwaisbrot@hhlaw.com

Richard Walter Erwine
richarderwine@quinnemanuel.com

Thomas David Pease
thomaspease@quinnemanuel.com

Stephen Edward Morrissey
smorrissey@susmangodfrey.com

Stephen D. Susman
ssusman@SusmanGodfrey.com

Jacob W. Buchdahl
jbuchdahl@susmangodfrey.com

Ryan C. Kirkpatrick
rkirkpatrick@susmangodfrey.com

Tibor Ludovico Nagy, Jr.
tnagy@susmangodfrey.com

Bruce E. Gerstein
bgerstein@garwingerstein.com

D Skylar Rosenbloom
rosenbls@phelps.com

David L. Patron
PATROND@phelps.com

Elena Kar-Hing Chan
echan@garwingerstein.com

Harry M. Barton
harry.barton@phelps.com

Noah H. Silverman
nsilverman@garwingerstein.com

Brent Barriere
BARRIERB@phelps.com

Andrew B. Curran