UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
INTERNATIONAL BUSINESS MACHINES
CORPORATION,

                            Plaintiff,


              -against-                                    06 Civ. 13565 (LAK)


PLATFORM SOLUTIONS, INC.,

                            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

              The Court appreciates the parties' willingness to bear the costs of a technical advisor as well as their efforts to assist in the selection of an individual to perform that role. The Court, however, strongly prefers that the parties agree on at least two and preferably three individuals acceptable to both sides rather than upon a single person.

              SO ORDERED.

Dated:        April 21, 2008

                                                    _____
                                                    Lewis A. Kaplan
                                                    United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08