## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the following documents have been caused to be served on all counsel of record on April 23, 2008 via email:

Notice of Motion for Partial Summary Judgment (Public Version)

Memorandum of Law in Support of Platform Solutions, Inc.'s Motion for Summary Judgment on Counts Eleven and Twelve of International Business Machine Corporation's Second Amended Complaint (Public Version)

Separate Statement of Undisputed Facts in Support of Platform Solutions, Inc.'s Motion for Summary Judgment on Counts Eleven and Twelve of International Business Machine Corporation's Second Amended Complaint (Public Version)

_____