UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
INTERNATIONAL BUSINESS MACHINES
CORPORATION,

                Plaintiff,

-against-                                      06 Civ. 13565 (LAK)

PLATFORM SOLUTIONS, INC.,

                Defendant.
------------------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      Plaintiff's request for an extension of time to submit the technology tutorial CDs for the *Markman* hearing is denied. Parties' respective CDs shall be submitted by June 1, 2008.

      SO ORDERED.

Dated:    May 2, 2008

                                                      Lewis A. Kaplan
                                                United States District Judge