UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
INTERNATIONAL BUSINESS MACHINES
CORPORATION,

                Plaintiff,

    -against-                                  06 Civ. 13565 (LAK)

PLATFORM SOLUTIONS, INC.,

                Defendant.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

    Defendant's motion to compel [docket item 90] is denied.

    SO ORDERED.

Dated:      May 7, 2008

                                                Lewis A. Kaplan
                                         United States District Judge

