UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>                        Plaintiff,<br><br>v.<br><br>PLATFORM SOLUTIONS, INC.,<br>T3 TECHNOLOGIES, INC.,<br><br>                        Defendant. | No. 06-cv-13565-LAK<br><br>NOTICE OF APPEARANCE |
|---|---|

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Plaintiff, International Business Machines Corporation. I certify that I am admitted to practice in this Court.

Dated:  May 9, 2008
           New York, NY

                                                      Edward DeFranco
                                                        Quinn Emanuel Urquhart
                                                        Oliver & Hedges, LLP
                                                        51 Madison Avenue
                                                        22nd Floor
                                                        New York, NY 10010-1601
                                                        (212) 849-7000

## CERTIFICATE OF SERVICE

I, Andrew B. Curran, hereby certify that on May 9, 2008 I caused to be served the foregoing **NOTICE OF APPEARANCE** using the CM/ECF system which sent notice to all counsel of record as indicated below:

| | | |
|---|---|---|
| Richard I. Werder<br>rickwerder@quinnemanuel.com | Stephen Edward Morrissey<br>smorrissey@susmangodfrey.com | Bruce E. Gerstein<br>bgerstein@garwingerstein.com |
| Steven M. Edwards<br>smedwards@hhlaw.com | Stephen D. Susman<br>ssusman@SusmanGodfrey.com | D. Skylar Rosenbloom<br>rosenbls@phelps.com |
| Howard Weber<br>hweber@hhlaw.com | Jacob W. Buchdahl<br>jbuchdahl@susmangodfrey.com | David L. Patron<br>PATROND@phelps.com |
| Katherine Jane Weall<br>katherineweall@quinnemanuel.com | Ryan C. Kirkpatrick<br>rkirkpatrick@susmangodfrey.com | Elena Kar-Hing Chan<br>echan@garwingerstein.com |
| Morris Waisbrot<br>mwaisbrot@hhlaw.com | Tibor Ludovico Nagy, Jr.<br>tnagy@susmangodfrey.com | Harry M. Barton<br>harry.barton@phelps.com |
| Richard Walter Erwine<br>richarderwine@quinnemanuel.com | James T. Southwick<br>jsouthwick@susmangodfrey.com | Noah H. Silverman<br>nsilverman@garwingerstein.com |
| Thomas David Pease<br>thomaspease@quinnemanuel.com | Clement S. Roberts<br>croberts@kvn.com | Brent Barriere<br>BARRIERB@phelps.com |

/s/ Andrew B. Curran
Andrew B. Curran