## CERTIFICATE OF SERVICE

I, Martin Powers, hereby certify that on June 5, 2008 I caused to be served the following documents via email to all counsel of record as indicated below.

**Defendant PSI's Claim Construction Brief**

**Declaration of Tibor L. Nagy, Jr. in Support of Defendant PSI's Claim Construction Brief and Exhibits**

**Declaration of Dr. Yale Patt in Support of Defendant PSI's Claim Construction Brief and Exhibit**

Adam Wolfson
adamwolfson@quinnemanuel.com
Brent B. Barriere
barrierb@phelps.com

Alexander Rudis
alexanderrudis@quinnemanuel.com.
Bruce Gerstein
bgerstein@garwingerstein.com

Brad Cohen
bradcohen@quinnemanuel.com
D. Skylar Rosenbloom
skylark.rosenbloom@phelps.com

David Elsberg
davidelsberg@quinnemanuel.com

David Patron
patrond@phelps.com

Edward J. Defranco
eddefranco@quinnemanuel.com

Frederick A. Lorig
fredericklorig@quinnemanuel.com

Harry M. Barton
harry.barton@phelps.com

Jonathan Scharf
jonathanscharf@quinnemanuel.com

Katherine Weall
katherineweall@quinnemanuel.com

Morris Waisbrot
mwaisbrot@hhlaw.com

Noah Silverman
nsilverman@garwingerstein.com

Patricia Bostic
patriciabostic@quinnemanuel.com

Peter Tsapatsaris
petertsapatsaris@quinnemanuel.com

Philippe Selendy
philippeselendy@quinnemanuel.com

Renee Bea
reneebea@quinnemanuel.com

Richard Erwine
richarderwine@quinnemanuel.com

Richard I. Werder, Jr.
rickwerder@quinnemanuel.com

Shahreen Mehjabeen
shahreenmehjabeen@quinnemanuel.com

Thomas Pease
thomaspease@quinnemanuel.com

Todd Anten
toddanten@quinnemanuel.com

_____
Martin Powers

837667v1/08384-009947