<u>AMENDED CERTIFICATE OF SERVICE</u>

I, Martin E. Powers, hereby certify that on June 11, 2008 I caused to be served the following documents via email to all counsel of record as indicated below. Redacted copies of these documents were filed and served via email through the ECF system.

<u>Notice of Motion For Leave to File a Supplementary Memorandum of Law and Supplementary Statement of Undisputed Facts in Support of Its Motion for Partial Summary Judgment</u>

<u>Platform Solutions, Inc.'s Memorandum of Law in Support of Its Motion for Leave to File a Supplementary Memorandum of Law and Supplementary Rule 56.1 Statement in Support of Its Motion for Partial Summary Judgment [Confidential: Filed Under Seal]</u>

<u>[Proposed] Order Granting Platform Solutions, Inc.'s Motion for Leave to File a Supplementary Memorandum of Law and Supplementary Rule 56.1 Statement in Support of Its Motion for Partial Summary Judgment</u>

<u>Platform Solutions, Inc.'s Supplemental Memorandum of Law in Support of Its Motion for Partial Summary Judgment [Confidential: Filed Under Seal]</u>

<u>Platform Solutions, Inc.'s Supplemental Rule 56.1 Statement in Support of Its Motion for Summary Judgment on Counts Eleven and Twelve of International Business Machines Corporation's Second Amended Complaint [Confidential: Filed Under Seal]</u>

<u>Declaration of Ryan C. Kirkpatrick in Support of Platform Solutions, Inc.'s Motion for Leave to File a Supplemental Memorandum of Law and Supplemental Memorandum of Law, and, Exhibits 1 – 81. [Confidential: Filed Under Seal]</u>

| | | |
|---|---|---|
| Adam Wolfson<br>adamwolfson@quinnemanuel.com<br>Brent B. Barriere<br>barrierb@phelps.com | Alexander Rudis<br>alexanderrudis@quinnemanuel.com.<br>Bruce Gerstein<br>bgerstein@garwingerstein.com | Brad Cohen<br>bradcohen@quinnemanuel.com<br>D. Skylar Rosenbloom<br>skylark.rosenbloom@phelps.com |
| David Elsberg<br>davidelsberg@quinnemanuel.com | David Patron<br>patrond@phelps.com | Edward J. Defranco<br>eddefranco@quinnemanuel.com |
| Frederick A. Lorig<br>fredericklorig@quinnemanuel.com | Harry M . Barton<br>harry.barton@phelps.com | Jonathan Scharf<br>jonathanscharf@quinnemanuel.com |
| Katherine Weall<br>katherineweall@quinnemanuel.com | Morris Waisbrot<br>mwaisbrot@hhlaw.com | Noah Silverman<br>nsilverman@garwingerstein.com |
| Patricia Bostic | Peter Tsapatsaris | Philippe Selendy |

837667v1/08384-009947

| | | |
|---|---|---|
| patriciabostic@quinnemanuel.com | petertsapatsaris@quinnemanuel.com | philippeselendy@quinnemanuel.com |
| Renee Bea<br>reneebea@quinnemanuel.com | Richard Erwine<br>richarderwine@quinnemanuel.com | Richard I. Werder, Jr.<br>rickwerder@quinnemanuel.com |
| Shahreen Mehjabeen<br>shahreenmehjabeen@quinnemanuel.com | Thomas Pease<br>thomaspease@quinnemanuel.com | Todd Anten<br>toddanten@quinnemanuel.com |

*[signature]*