<u>CERTIFICATE OF SERVICE</u>

I, Andrew B. Curran, hereby certify that on June 27, 2008 I caused to be served the following documents using the CM/ECF system which sent notification to all counsel of record via email as indicated below:

- **IBM'S REPLY CLAIM CONSTRUCTION BRIEF FOR THE *MARKMAN* HEARING**
- **SUPPLEMENTAL DECLARATION OF EDWARD J. DEFRANCO IN SUPPORT OF PLAINTIFF IBM'S REPLY CLAIM CONSTRUCTION BRIEF FOR THE *MARKMAN* HEARING**
- **DECLARATION OF DR. MARK SMOTHERMAN IN SUPPORT OF IBM'S CLAIM CONSTRUCTION REPLY BRIEF**

| | | |
|---|---|---|
| Richard I. Werder<br>rickwerder@quinnemanuel.com | Stephen Edward Morrissey<br>smorrissey@susmangodfrey.com | Bruce E. Gerstein<br>bgerstein@garwingerstein.com |
| Steven M. Edwards<br>smedwards@hhlaw.com | Stephen D. Susman<br>ssusman@SusmanGodfrey.com | D. Skylar Rosenbloom<br>rosenbls@phelps.com |
| Howard Weber<br>hweber@hhlaw.com | Jacob W. Buchdahl<br>jbuchdahl@susmangodfrey.com | David L. Patron<br>PATROND@phelps.com |
| Katherine Jane Weall<br>katherineweall@quinnemanuel.com | Ryan C. Kirkpatrick<br>rkirkpatrick@susmangodfrey.com | Elena Kar-Hing Chan<br>echan@garwingerstein.com |
| Morris Waisbrot<br>mwaisbrot@hhlaw.com | Tibor Ludovico Nagy, Jr.<br>tnagy@susmangodfrey.com | Harry M. Barton<br>harry.barton@phelps.com |
| Richard Walter Erwine<br>richarderwine@quinnemanuel.com | James T. Southwick<br>jsouthwick@susmangodfrey.com | Noah H. Silverman<br>nsilverman@garwingerstein.com |
| Thomas David Pease<br>thomaspease@quinnemanuel.com | Clement S. Roberts<br>croberts@kvn.com | Brent Barriere<br>BARRIERB@phelps.com |

/s/ Andrew B. Curran
Andrew B. Curran