IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Plaintiff,<br><br>-vs.-<br><br>PLATFORM SOLUTIONS, INC. and T3 TECHNOLOGIES, INC.,<br><br>Defendants. | Civil Action No. 06 CV 13565 (LAK)<br><br>USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 7/2/08 |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS BETWEEN IBM AND PSI

International Business Machines, Inc. ("IBM") and Platform Solutions, Inc. ("PSI") hereby stipulate that all claims and counterclaims that they have asserted against one another have been settled and resolved and are hereby dismissed with prejudice. This stipulation shall have no effect on IBM's claims against T3 Technologies, Inc.

Dated: July 1, 2008

QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP

By: _____
Richard I. Werder, Jr.
51 Madison Avenue
22nd Floor
New York, New York 10010-1601
(212) 849-7000

Attorneys for Plaintiff
International Business Machines Corporation

20199/2556542.1

SUSMAN GODFREY L.L.P.

By: _____ (RW,
Stephen D. Susman                    by consent)
654 Madison Avenue
5th Floor
New York, New York 10022
(212) 336-8330

Attorneys for Defendant
Platform Solutions, Inc.

SO ORDERED _____
LEWIS A. KAPLAN, U.S.D.J.
7/2/08

20199/2556542.1