UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
INTERNATIONAL BUSINESS MACHINES
CORPORATION,

              Plaintiff,

        -against-                        06 Civ. 13565 (LAK)

PLATFORM SOLUTIONS, INC., et ano.,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      In view of the settlement as between IBM and Platform Solutions, Inc. ("PSI"), PSI's motions for partial summary judgment (DI 84) and for leave to file an additional brief (DI 112) are denied as moot.

      SO ORDERED.

Dated:      July 2, 2008

                                  _____
                                     Lewis A. Kaplan
                              United States District Judge