UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
INTERNATIONAL BUSINESS MACHINES
CORPORATION,

        Plaintiff,

    -against-                           06 Civ. 13565 (LAK)

PLATFORM SOLUTIONS, INC., et al.,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 6/19/09
```

LEWIS A. KAPLAN, *District Judge.*

        The Court will hear oral argument on the motion of International Business Machines Corporation to disqualify Messrs. Clement S. Roberts and Joseph C. Gratz and Durie Tangri Page Lemley Roberts & Kent LLP and the cross-motion of T3 Technologies, Inc. to disqualify Quinn Emanuel Urquhart Oliver & Hedges LLP on June 25, 2009 at 4:00 p.m.

        SO ORDERED.

Dated:     June 19, 2009

                                                             Lewis A. Kaplan
                                                           United States District Judge